IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CINCINNATI INSURANCE COMPANY,

        Plaintiff,

    vs.

ALBERICI CONSTRUCTORS, INC., *et al.*,

        Defendants.

Case No. 13-cv-915-JPG-DGW

**ORDER**

This matter comes before the Court on defendant Irving Equipment, LLC's motion to stay (Doc. 44).  Subsequent to filing the motion to stay, defendant Irving Equipment, LLC file a notice withdrawing its motion to stay.  As such, the Court **DENIES as moot** the motion (Doc. 44).

**IT IS SO ORDERED.**

**DATED:** May 15, 2014

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**